No. 65.   UNITED STATES EX REL. AVRAMOVICH *v.* LEHMANN, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 6th Cir.   Certiorari denied. *Henry C. Lavine* for petitioner.   *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, *Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 121.   NIUKKANEN, ALIAS MACKIE, *v.* BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.   C. A. 9th Cir.   Certiorari denied. *Reuben Lenske* for petitioner.   *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, and *Beatrice Rosenberg* for respondents.

No. 572.   KRANTMAN *v.* LIBERTY LOAN CORP. ET AL. C. A. 7th Cir.   Certiorari denied.   *Irwin J. Askow* for petitioner.   *Frank F. Fowle* for Levy, *Thomas D. Nash, Jr.* for Lichtenstein et al., and *Andrew J. Dallstream, Frederic H. Stafford* and *Albert E. Hallett* for Harris et al., respondents.

No. 575.   L. L. CONSTANTIN & CO. *v.* ARIZONA WESTERN INSURANCE CO. ET AL.   C. A. 3d Cir.   Certiorari denied.   *Myron S. Lehman* and *William A. Consodine* for petitioner.   *William Rossmoore* for the Arizona Western Insurance Co., respondent.

No. 581.   MILLER *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *N. LeVan Haver* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.